**James Terry, Plaintiff-Appellee, v. Rebecca Terry, Defendant-Appellant.**

Gen. No. 53,293. ▮▮▮▮▮▮▮▮▮▮

First District, Second Division.

March 10, 1970.

Phillip E. Freed, of Chicago (Harry G. Fins, of counsel), for appellant; Aaron H. Payne, of Chicago, for appellee. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.